UNITED STATES DISTRICT COURT

FOR THE THIRD DISTRICT CIRCUIT

VIRGIN ISLAND DIVISION


AJANI PLANTE
(CLAIMANT)


V.

GEO GROUP PRIVATE CONTRACTOR,        TERRE HAUTE, LIEUTENANT CLARK,

TERRE HAUTE, WARDEN S. KALLIS,        TERRE HAUTE, OFFICER, S. WILLIAM,

HEALTH SERVICE COORDINATOR,          TERRE HAUTE, OFFICER, LEE,

TERRE HAUTE, NURSE BEAL,             TERRE HAUTE, ASSOCIATE WARDEN,
                    (D.E.F.E.N.D.A.N.T.S)


DIVERSITY TORT CLAIM PURAUNT TO 28: U.S. A §1332(A)


I. CLAIMANT "HEREANDAFTER" REFERRED TO AS **AJANI PLANTE** PRO'SE, RESPECTFULLY SUBMITS THIS 28: U.S.C. §1332(A), DIVERSITY TORT CLAIM, ON ISSUES OF CITIZEN'S OF ONE STATE AGAINST CITIZEN(S) OF A DIFFERENT STATE. WHERE TORT AND/OR DAMAGE HAS OCCURRED. CLAIMANT IS INFACT AN CITIZEN OF **ST. CROIX**, AND THE DEFENDANT(S) NAME HEREIN ARE CITIZEN(S) OF TERRE HAUTE INDIANA, AND BOCA; RATON FLORIDA. THE DEFENDANT(S) INFACT VIOLATED CLAIMANT'S CONSTITUTIONAL RIGHTS "VIA" THE EIGHTH AMENDMENT, WHICH IS CRUEL AND UNUSUAL PUNISHMENT IN WHICH THEY HAVE NOT MET SANITATION STANDARD(S) WHEN CONCERNING CONDITION'S OF THE CELL. ALSO THE DEFENDANT(S) HAVE VIOLATED SEVERAL POLICIES, PROGRAM STATEMENT(S), RULE(S), REGULATION(S), AND CONTRACT(S), WHEN KNOWINGLY NEGLECTING NOT ONLY TO MEET SANITATION REGULATION(S)/STANDARD(S), BUT ALSO PLACING AN INMATE IN AN UNSAFE AN HARMFUL ENVIRONMENT. THEREFORE MR. PLANTE IS SEEKING A PROPER SANITATION REVIEW AND MONETAIRY COMPENSATION TO THE SUM OF $2,000,000, [TWO, MILLION DALLORS] IN UNITED

STATES CURRENCY.

AFTER ARRIVING AT UNITED STATES PENITENTIARY TERRE HAUTE ON FEB/14/2023 I WAS BEING HOUSE IN B-HOUSING UNIT WITH HUNDRED'S OF OTHER PRISONER(S). FROM FEB/14 TO APRIL 6.2023 WE WERE NOT ONLY DENIED RECREATIONAL TIME, WHICH IS [5] HOUR(S) A WEEK ACCORDING TO FEDERAL BURUE OF PRISON'S POLICY, BUT WE RECIEVED NO SANITATION SUPPLYS FOR OUR CELL'S AN WAS FORCED TO LIVE IN THOSE CELL'S WITH FILTHY FLOORS, AND BATHROOM AREA(S). THESE CONDITION'S CONSTITUTE CRUEL, AND UNCONSTITUTION CIRCUMSTANCES AS WELL AS VIOLATES SANITATION STANDARDS. ON FEB/24/ 2023, AFTER WE EVACUATED OUT OF B-HOUSING UNIT, AND PLACED IN THE SPECIAL HOUSING UNIT, MYSELF ALONG WITH ATLEAST THREE DOZEN INMATE(S) WERE PLACED IN CELL'S WITH LESS THEN LIVABLE SANITAION CONDITION'S. ON APRIL/6/23. 2023, I WAS MOVED FROM THE (SHU) B-UPPER-TIER CELL ____ TO A-LOWER-TIER CELL "112, AS SOON AS I WAS PLACE/SECURED IN THE CELL I IMEDIATELY NOTICED THAT THE CELL WAS SATURATED WITH MOLD. I QUICKLY INFORMED THE OFFICER WHO PLACED ME IN CEL THAT I HAD A ASTHMA    CONDITION AN THAT THE CELL WHICH HAD THICK MOLD THAT COVERED THE MAJORITY OF THE WALL(S), ROOF, AND DOOR AREA WOULD SURELY EFFECT MY CURR-ENT MEDICAL CONDITION. I WAS IGNORD AND FORCED TO STAY IN THE MOLDY CELL, WITH [NO] CLEANING SUPPLYS. THE CELL NOT ONLY WAS SATURATED WITH MOLD, BUT WAS LITERED WITH THINGS SUCH AS BUT NOT LIMITED TO PIECES OF TRASH/PAPER, OLD FOOD, HEAVY LINT, HAIR, OLD PEPPER SPRAY, AND HUMAN URIUN. AFTER THE FIRST OR SECONDAY MY BREATHING BECAME LABORED AS IT WAS HARD FOR ME TO BREATH CORRECTLY. I NOTIFIED SHU LIEUTENANT CLARK ONE EVENING AFTER AWOKE OUT OF MY SLEEP WITH WHAT SEEMED LIKE AN UNBEARABLE PAIN IN MY CHEST, DUE TO THE SHORTAGE OF FRESH BREATHABLE AIR. AGAIN I WAS IGNORED WHEN THE LIEUTENANT STATED: "STOP CRYING LIKE A BITCH YOU'LL BE ALRIGHT, LAY DOWN BECAUSE I'M NOT MOVING YOU". ON SEVERAL DIFFERANT OCCAISION'S I NOTIFIED STAFF/OFFICER(S) FROM THE OFFICER(S) WHO I INTERACT WITH EVERYDAY TO SEVERAL ADMINISTRATIVE STAFF. SUCH AS BUT NOT LIMITED TO OFFICER WILLIAM'S, OFFICER LEE, ASSISTANT WARDEN, WARDEN S. KALLIS, AND MEDICAL STAFF MISS BEAL. I'VE INFORMED [ALL] THESE PRISON OFFICIAL'S OF MY MEDICAL/ BREATHING CONDITION, AS WELL AS THE UNSANITARY CONDITIONS OF THE CELL. AGAIN I WAS IGNORED/BRUSHED OFF

AND THUS FORCED TO LIVE IN UNSANITARY CONDICTIONS AS MY HEALTH DECLINES. ALSO I'VE SUBMITED SEVERAL MEDICAL SICKCALL SLIPS (A FORM USED BY PRISONER(S) AS EXPECTED TO SEE A PRISON DOCTER), TO BE SEEN FOR MY PROBLEM BUT HAVE CONTINUED TO BE IGNORED, AND/OR NEGLECTED. THE OFFICIAL(S) AT TERRE HAUTE PENITENTIARY HAVE VIOLATED SANITATION STANDARDS AN ALSO THE 8TH AMENDMANT OF THE UNITED STATES/PENITENTIARY PROGRAM STATEMENT. BY SUBJECTING MR. PLANTE TO CRUEL, AND UNUSUAL PUNISHMENT, "VIA" FAILURE TO MEET THE MANDATORY STANDARD'S CONCERNING THE CONDITIONS OF A CELL, ESPECIALLY DUE TO THE CLAIMANT'S EXSISTING MEDICAL CONDITION, AND POST COVID-19 STANDARD'S, U.S.P. TERRE HAUTE OFFICIALS NEGLECTED MY SAFETY AN WELL BEING BY PLACING ME IN A CELL KNOWING IT WAS UNSANITARY/UNLIVABLE DUE TO UNBEARABLE MOLDY CONDITION'S.

THE MEDICAL CORDNATOR IS ALSO LIABLE FOR THE NEGLECT OF MY HEALTH AFTER I FILED SICKCALL REQUEST, AND INFORMED MEDICAL STAFF DAILY AS THEY PERFORM THIER DUTYS ON A-LOWER. THAT I WAS FEELING SICK WITH SIMTHOM'S SUCH AS NAUSIATED, RUNNY NOSE, HEAD ACHE'S, A HARD TIME BREATHING/LOST OF BREATH, AND DIZZY-NESS. ALSO AN 8TH AMENDMANT VIOLATION (CRIMINAL NEGLECT/DELIBERATE INDIFFERENCE, TO SERIOUS MEDICAL NEED'S); USA ACTING THROUGH AGENT(S)/FEDERAL EMPLOYEE(S) DID FAIL TO PROVIDE MEDICAL TREATMENT TO INMATE: __AJANI PLANTE__ FOLLOWING NOTICE OF INJURY(S)/DAMAGE (AT TIME OF INJURY(S), AND/OR DAMAGE. AN ALSO FAILED TO DEVISE ANY FUTURE TREATMENT PLAN (INCLUDING CONSULT/ASSESSMENT BY THIRD-PARTY SPECIALIST). FOR CLAIMANTS (OBVIOUS, AND ALSO REPORTED) INJURY'S/DAMAGE, THEREFORE CONSTITU-TING [NEGLECT] INSTEAD OF MALPRACTICE (ERRONEOUS TREATMENT).

THE DEFENDANT GEO GROUP IS A PRIVATE CONTRACTOR OF THE FEDERAL BURUE OF PRISON(S), AND IS THEREFORE HELD LIABLE FOR [ANY] INJURY/DAMAGE AND/OR TRANSGRESSION COMMITTED AGAINST THE CLAIMANT. GEO GROUP IS A OVER-SEE'ER OF THE CONTRACT INWHICH THE FEDERAL BUREU OF PRISONER'(S) ENFORCES THROUGH, RULE'S, REGULATION(S), POLICIE(S), PROGRAM STATEMENT(S), AS WELL AS LAW(S). THE FACT THAT THE CLAIMANT'S HEALTH AND POSSIBALLY HIS LIFE WAS PLACED IN DANGER AND HIS WELL-BEING

COMPRIMISED BY THE FEDERAL BUREU OF PRISON(S) EMPLOYEE(S), DEPARTMENT OF JUSTICE, AND THE
DEFENDANT GEO GROUP, THROUGH EMPLOYEE(S) OF THOSE INTITIE'S. WHO KNOWINGLY WITHOUT REMORSE
VIOLATED THE CONDUCT/OBLIGATION OF CONTRACT(S), KNOW THAT CLAIMANT'S SECURITY, SAFETY, HEALTH, AS
WELL AS HIS CONSTITUTION RIGHT(S) ARE PARAMOUNT.

FOR THE REASON'S, AND CRUEL, AND UNUSUAL PUNISHMENT CONCERNING THE UNLAWFUL CONDITION'S OF
A CELL. THE CLAIMANT AJANI PLANTE____ SEEK'S BETTER LIVING CONDITION'S ADEQUITE MEDICAL TRE-
ATMENT, AND MONETARY COMPENSATION TO THE SUM OF: $ 2,000,000. [TWO MILLION DALLORS]
IN UNITED STATES CURRENCY.

## —ALL PARTIE'S INVOLVED—

PLAINTIFF- AJANI PLANTE
ADDRESS- U.S.P TERRE HAUNT P.O. BOX 33 TERRE HAUTE 47808

DEFENDANT- PRIVATE CONTRACTOR GEO GROUP
ADDRESS- 4955 TECHNOLOGY WAY, BOCA; RATON/FLORIDA 33431

DEFENDANT- TERRE HAUTES, WARDEN S. KALLIS.
ADDRESS-UNITED STATE'S PENITENTIARY TERRE HAUTE P.O. BOX 33 TERRE HAUTE IN, 47808.

DEFENDANT- TERRE HAUTES ASSOCIATE WARDEN.
ADDRESS- TERRE HAUTE UNITED STATE'S PENITENTIARY, P.O. BOX 33, TERRE HAUTE IN, 47808.

DEFENDANT- TERRE HAUTE MEDICAL CORDINATOR.
ADDRESS- U.S.P. TERRE HAUTE P.O. BOX 33 TERRE HAUTE IN, 47808.


DEFENDANT - TERRE HAUTE LIEUTENANT CLARK.
ADDRESS - U.S.P. TERRE HAUTE P.O. BOX 33 TERRE HAUTE IN, 47808.


DEFENDANT - TERRE HAUTE NURSE BEAL.
ADDRESS- U.S.P. TERRE HAUTE P.O. BOX 33 TERRE HAUTE IN, 47808.


DEFENDANT- TERRE HAUTE OFFICER LEE.
ADDRESS- U.S.P. TERRE HAUTE P.O. BOX 33 TERRE HAUTE IN, 47808.


DEFENDANT- TERRE HAUTE OFFICER S. WILLIAM.
ADDRESS- U.S.P. TERRE HAUTE P.O. BOX 33 TERRE HAUTE IN, 47808.


## CERTIFICATE OF CLOSING


UNDER FEDERAL RULE OF CIVIL PROCEDURE 11, BY SIGNING BELOW, I CERIFY TO THE BEST OF MY
KNOWLEDGE, INFORMATION, AND BELIEF THAT THIS COMPLAINT: (1) IS NOT BEING PRESENTED
FOR AN IMPROPER PURPOSE, SUCH AS TO HARASS, CAUSE UNNECESSARY DELAY, OR NEEDLESSLY IN-
CREASE THE COST OF LITIGATION; (2) IS SUPPORTED BY EXISTING LAW OR BY A NONFRIVOLOUS
ARGUMENT FOR EXTENDING, MODIFYING, OR REVERSING EXISTING LAW; (3) THE FACTUAL CONTEN-
TION'S HAVE EVIDENTIARY SUPPORT AFTER A REASONABLE OPPURTUNITY FOR FURTHER INVESTIGATION
OR DISCOVERY; AND (4) THE COMPLAINT OTHERWISE COMPLIES WITH THE REQUIRE-MENTS OF
RULE 11.                                           RESPECTFULLY SUBMITTED

                                                   AJANI PLANTE