# DISTRICT COURT OF THE VIRGIN ISLANDS

# DIVISION OF ST. CROIX

| | |
|---|---|
| AJANI PLANTE,<br><br>                    **Plaintiff,**<br><br>    v.<br><br>**PRIVATE CONTRACOR CEO GROUP,**<br>**S. KALLIS, Terre Haute Warden;**<br>**TERRE HAUTE ASSOCIATE WARDEN;**<br>**TERRE HAUTE MEDICAL**<br>**COORDINATOR; TERRE HAUTE**<br>**LIEUTENANT CLARK; TERRE HAUTE**<br>**NURSE BEAL; TERRE HAUTE**<br>**OFFICER LEE; TERRE HAUTE**<br>**OFFICER S. WILLIAM,**<br><br>                    **Defendants.**<br>_____ | 1:23-cv-00020-WAL-EAH |

**TO:**    Ajani Plante, *Pro Se*

## ORDER

THIS MATTER comes before the Court following an Order issued on August 22, 2023 denying the motion filed by Plaintiff Ajani Plante, a prisoner appearing pro se, for leave to proceed in forma pauperis ("IFP"). Dkt. No. 14. In that Order, the Court concluded that Plante had access to sufficient funds to pay the full $402.00 filing fee for this action filed pursuant to 42 U.S.C. § 1983, and ordered him to submit the filing fee by October 6, 2023. *Id.* The Order further stated that if Plante did not pay the filing fee by that date, the Court would recommend to the District Judge that this case be dismissed. *Id.* Plante did not pay the filing fee by October 6, 2023. However, because the August 22, 2023 Order was sent to Plante at the U.S. Penitentiary at Terre Haute Indiana rather than what appears to be his current

*Plante v. Private Contractor*
1:23-cv-00020-WAL-EAH
Order
Page 2

address at the U.S. Penitentiary at Atwater, California,[1] the Court will re-send the August 22, 2023 Order to Plante and provide him with a new deadline—December 22, 2023—by which he must submit his $402.00 filing fee. If Plante fails to submit the fee by this deadline, the Court will recommend to the District Judge that the Amended Complaint be dismissed.

## BACKGROUND

As set forth in the August 22, 2023 Order, Plante initially filed a Motion for Leave to Proceed In Forma Pauperis ("IFP") on August 14, 2023. Dkt. No. 13. This motion was filed in response to an Order the Court issued on July 17, 2023 which, inter alia, directed Plante to either pay the $402.00 filing fee or execute an attached application to seek permission from the Court to proceed IFP.[2] Dkt. No. 10.

Plante's application to proceed IFP, signed under penalty of perjury, indicates that he receives money from his mother and aunt every two to three weeks and he has $945.51 in cash or a savings account and no regular monthly expenses. Dkt. No. 13. The Certification at the end of the affidavit is partially filled out. *Id*. at 2. It indicates that Plante has $1,951 on account in his prisoner account; during the prior six-month period, his average monthly

---

[1] Oddly, on November 6, 2023, the Court received the return receipt card showing that it was signed by someone at USP Terre Haute on September 6, 2023. Dkt. No. 16.

[2] In forma pauperis status permits a prisoner filing a civil action pursuant to 42 U.S.C. § 1983 to pay the $350.00 filing fee in installments; it does not cancel the fees altogether. A prisoner granted leave to proceed in forma pauperis is obligated to pay the entire filing fee regardless of the outcome of the proceeding and is not entitled to the return of any payments made toward the fee. *Brown v. Falvey*, No. CV225861, 2023 WL 2384461, at *3 (D.N.J. Mar. 6, 2023). If a prisoner is *not* granted IFP status, he or she is required to pay the $350.00 filing fee and a $52 administrative fee, for a total of $402.00.

*Plante v. Private Contractor*
1:23-cv-00020-WAL-EAH
Order
Page 3

account balance was $2,000, and the average amount deposited monthly in the account during that six-month period was $100. *Id*. The Certification was not signed or dated by an authorized prison official. However, Plante attached a two-page Inmate Statement from his institution reflecting deposits and withdrawals from June 21, 2023 through August 3, 2023. *Id*. at 3, 4. The statement reflected substantial balances in his account, consistently over $1,900, and an average daily balance over the past six months of $1,964.86. *Id*.

While Plante's application to proceed in forma pauperis was deficient in that the Certification was unsigned, his attestation under oath regarding the balance in his prisoner account was supported by the Inmate Statement that he attached. As a result, the Court has sufficient information to adjudicate his IFP application and will excuse the fact that the Certification was not signed.

It is Plaintiff's burden to prove his entitlement to in forma pauperis status. *Hong Nguyen v. Holding Acquisition Co. LP*, No. 18-cv-156, 2018 WL 10015500, at *1 (W.D. Pa. Feb. 12, 2018). Whether to grant or deny an IFP motion is committed to the sound discretion of the court. *Id*.

Upon review of Plante's Account Statement, the Court concludes that Plante has access to sufficient funds to pay the full $402.00 filing fee for his action. Accordingly, the Court will deny Plante's motion to proceed in forma pauperis and will require him to forward the full filing fee to the District Court Clerk's Office, 3013 Estate Golden Rock, Christiansted, VI 00820. The Court will require him to submit the filing fee within 45 days of this Order.

*Plante v. Private Contractor*
1:23-cv-00020-WAL-EAH
Order
Page 4

This case cannot proceed unless and until the filing fee is paid. If Plante does not pay the filing fee, this Court will recommend to the district judge that the case be dismissed. *See Rohn v. Johnston*, 415 F. App'x 353, 355 (3d Cir. 2011) (affirming dismissal of action because pro se prisoner failed to pay the filing fee).

Accordingly, it is hereby **ORDERED**:

1. Plaintiff Ajani Plante's Motion for Leave to Proceed In Forma Pauperis, Dkt. No. 13, is **DENIED**.

2. Plante shall have up to and including **December 22, 2023** to pay the $402.00 filing fee in this action.

3. Should Plante not pay the filing fee by that date, this Court will recommend to the District Judge that this case be dismissed.

4. The Clerk's Office shall send a copy of this Order to the pro se Plaintiff by certified mail, return receipt requested. Plante is directed to update his address with the Court whenever he is transferred to another institution.

5. No summonses shall be issued and no service of the complaint shall be made until further Order of the Court.

ENTER:

Dated: November 8, 2023

/s/ Emile A. Henderson III
EMILE A. HENDERSON III
U.S. MAGISTRATE JUDGE